# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GORDON L. BOWERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CIV-12-1253-F |
| ) | |
| OKLAHOMA BAR ASSOCIATION, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Plaintiff is a prisoner proceeding pro se, who has brought this action under 42 U.S.C. § 1983. Plaintiff has filed a motion to proceed in forma pauperis. Doc. no. 2. On March 15, 2013, the magistrate judge entered a report and recommendation. The report, doc. no. 7. The report recommends that the motion to proceed in forma pauperis be denied. The report further recommends that this action be dismissed without prejudice unless plaintiff pays the full filing fee within twenty days of the date of any order adopting the report. The report advises that failure to make timely objection to the report waives the right to appellate review of the factual and legal issues addressed in the report. No objection to the report has been filed.

Upon review, the report is **ACCEPTED**, **ADOPTED** and **AFFIRMED**. Plaintiff's motion to proceed in forma pauperis is **DENIED**. Plaintiff is **ADVISED** that this action will be dismissed without prejudice unless plaintiff pays the full filing fee within twenty days of the date of this order.

Dated this 18th day of April, 2013.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

12-1253p001.wpd